**Order entered August 11, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00374-CR

**RODERICK BROWN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-56213-U**

## ORDER

This appeal follows the February 13, 2015 adjudication of appellant's guilt and sentencing. The only portion of the reporter's record filed is from the 2012 plea proceedings. It appears from the documents in the clerk's record that a judge other than the presiding judge of the 291st Judicial District Court conducted the adjudication hearing.

Accordingly, the Court **ORDERS** Cheryl Dixon, as official court reporter of the 291st Judicial District Court, to file, or coordinate the filing of, the reporter's record of the February 13, 2015 adjudication proceeding. The reporter's record of the February 13, 2015 hearing is due within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to Cheryl Dixon, official court reporter, 291st Judicial District Court, and to counsel for all parties.

/s/     ADA BROWN
        JUSTICE